

PMC/dm 2022R00340

USDC- BALTIMORE
'22 JUN 23 PM 2:51

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. SAG-22-225 |
| | * |
| SUPREME JONES, | * (Entering an Aircraft or Airport Area |
| | * in Violation of Security Requirements, |
| | * 49 U.S.C. §§ 46314(a) and (b)(2)) |
| Defendant. | * |

*******

**INDICTMENT**

The Grand Jury for the District of Maryland charges that:

**COUNT ONE**

On or about February 21, 2022, in the District of Maryland, the defendant,

**SUPREME JONES,**

knowingly and willfully entered, in violation of Title 49 U.S.C. Sections 44901, 44903(b), 44903(c) and 44906, an aircraft or airport area that serves an air carrier or foreign air carrier with intent to evade security procedures and restrictions.

49 U.S.C. §§ 46314(a) and (b)(2)

**COUNT TWO**

The Grand Jury for the District of Maryland further charges that:

On or about April 5, 2022, in the District of Maryland, the defendant,

**SUPREME JONES,**

knowingly and willfully entered, in violation of Title 49 U.S.C. Sections 44901, 44903(b), 44903(c) and 44906, an aircraft or airport area that serves an air carrier or foreign air carrier with intent to evade security procedures and restrictions.

49 U.S.C. §§ 46314(a) and (b)(2)

Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

6/23/22
Date