

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Maryland

**SEALED**

United States of America
v.
SUPREME JONES

Case No. SAG-22-225

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Supreme JONES,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Knowing and willful violation of airport security requirements, in violation of 49 U.S.C. §§ 46314(a) and (b)(2).

Date: 06/23/2022

*Issuing officer's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, Chief U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 06/23/2022, and the person was arrested on (date) 06/26/2022
at (city and state) Baltimore, MD.

Date: 06/27/2022

*Arresting officer's signature*

SA STEVEN PANTIGROSSI
*Printed name and title*